Carpenter v Laml LLC (2024 NY Slip Op 00859)

Carpenter v Laml LLC

2024 NY Slip Op 00859

Decided on February 20, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 20, 2024

Before: Webber, J.P., Gesmer, González, Pitt-Burke, Rosado, JJ. 

Index No. 151484/17 Appeal No. 1705 Case No. 2023-01507 

[*1]Oliver Carpenter, Plaintiff-Appellant,
v
Laml LLC, et al., Defendants-Respondents, 450 7th Ave. Associates LLC, et al., Defendants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Lori S. Sattler, J.), entered on or about March 22, 2023,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated February 06, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 20, 2024